UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,

Plaintiff,

v.

ADRIAN DAN BRICIU,

Defendant.

Case No. 1:13-cr-00234-BLW

**REPORT AND RECOMMENDATION**

On September 25, 2014, Defendant Adrian Dan Briciu appeared before the undersigned United States Magistrate Judge to enter a change of plea pursuant to a written plea agreement. The Defendant executed a waiver of the right to have the presiding United States District Judge take his change of plea. Thereafter, the Court explained to the Defendant the nature of the charges contained in the applicable Indictment (Dkt. 1), the maximum penalties applicable, his Constitutional rights, the impact that the Sentencing Guidelines will have, and that the District Judge will not be bound by the agreement of the parties as to the penalty to be imposed.

The Court, having conducted the change of plea hearing and having inquired of the Defendant, counsel, and the government, finds that there is a factual basis for the Defendant's guilty plea, that he entered it voluntarily and with full knowledge of the consequences, and that the plea should be accepted. The undersigned also ordered a pre-sentence investigation to be conducted and a report prepared by the United States

Probation Office.

## **RECOMMENDATION**

**NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1)     The District Court accept Defendant Adrian Dan Briciu's plea of guilty to

Count 1 of the Indictment (Dkt. 1), and

2)     The District Court **GRANT**, at the appropriate time, the United States'

motion to dismiss Count 2 of the Indictment (Dkt. 1) as to Defendant.

DATED: September 25, 2014

_____
CANDY WAGAHOFF DALE
CHIEF U.S. MAGISTRATE JUDGE