UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA., <br><br> Plaintiff, <br><br> v. <br><br> ADRIAN DAN BRICIU, <br><br> Defendant. | Case No. 1:13-cr-00234-BLW <br><br> **ORDER** |

The Court has before it Defendant's Motion for Reconsideration (Dkt. 41) and Defendant's Motion to Amend (Dkt. 42). The Motion for Reconsideration lacks any substance or supporting memorandum. It requests oral argument. The Motion to Amend also lacks any substance or supporting memorandum, but states that a supporting affidavit will be filed shortly. Both motions were filed on September 26, 2016.

No supporting documents were filed until after some back and forth telephone calls between counsel and the Court's staff during the summer of 2017. Even then, although counsel agreed he would file the supporting affidavit within a matters of days, he filed the affidavit more than a week later on July 17, 2017. The affidavit is from Defendant's ex-wife, and simply states that they were married from 2004-2010, and that they resided together at certain times during that marriage. The affidavit does nothing to

**ORDER - 1**

support the motions, and the Court finds that oral argument is not warranted. Accordingly, the motions will be denied.

## ORDER

**NOW IT IS HEREBY ORDRED:**

1. Defendant's Motion for Reconsideration (Dkt. 41) is **DENIED**.

2. Defendant's Motion to Amend (Dkt. 42) is **DENIED**.

DATED: August 23, 2017

B. Lynn Winmill
Chief Judge
United States District Court